UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>BENITO DEL ROSARIO,<br><br>Defendant. | 12-CR-81 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received an application for reduction of sentence by defendant Benito Del Rosario, whose case has been transferred to this Court following the retirement of Judge Forrest. The Court directs the Government to respond to this motion by Monday, June 8, 2020. In light of the Court's lack of prior exposure to this matter, the Court asks that the Government's letter set out the history of Mr. Rosario's case in sufficient detail to assure that the Court can evaluate the present application with a full understanding of its context.

SO ORDERED.

                                                         _____
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: June 2, 2020
         New York, New York