

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2020

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **United States v. Benito Del Rosario, 12-CR-81 (PAE)**

Judge Engelmayer:

      I write to request an extension to file a response in the above-captioned case.  On June 2, 2020, this Court directed the Government to respond to the defendant's motion for a sentencing reduction by June 8, 2020.  Dkt. 109.  The Government inadvertently missed that deadline because the Assistants in charge of the case no longer work at the Office.  The Government respectfully requests an extension until June 17, 2020 to file its response.

                       Respectfully,

                       GEOFFREY S. BERMAN
                       United States Attorney

               by: ___/s/ Thomas Burnett_____
                    Thomas S. Burnett
                    Assistant United States Attorney
                    (212) 637-1064

Granted. The Clerk of Court is respectfully directed to terminate the motion
at Dkt. 111. SO ORDERED.



PAUL A. ENGELMAYER    6/10/2020
United States District Judge