UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BENITO DEL ROSARIO,

                Defendant.

12-CR-81 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a renewed motion for compassionate release from defendant Benito Del Rosario. See Dkt. 122. The Court directs the Government to respond. The response is due **June 24, 2024**. The Court does not invite a reply.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: June 10, 2024
       New York, New York